**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-02934-CMA-GPG

CAROLYN ANDERSON,

                Plaintiff,

v.

COLORADO MOUNTAIN NEWS MEDIA CO., and
RANDY WYRICK,

                Defendants.

**DEFENDANTS' NOTICE OF INTENT TO FILE OBJECTIONS TO
MAGISTRATE JUDGE'S RECOMMENDATION**

Defendants Colorado Mountain News Media Co. and Randy Wyrick, by and through their undersigned counsel at Ballard Spahr LLP, hereby notify the Court that they intend to file Objections to the Honorable Gordon P. Gallagher's Recommendation Regarding Defendants' Motion to Dismiss (the "Recommendation" [Doc. #45]).

Defendants were served with the Recommendation, via ECF, on May 22, 2019. (The Recommendation, however, is dated May 20, 2019.)  Pursuant to Federal Rule of Civil Procedure 72(b), Defendants have 14 days from the date of *service* by which to respond to the Recommendation. Thus, Defendants plan to timely file their Objections on June 5, 2019.

The purpose of this Notice is to avoid any potential misunderstanding (or Court action) that could arise from the discrepancy between the date of filing and date of service, as set forth above.

Dated this 3rd day of June 2019.

          Respectfully submitted,

          BALLARD SPAHR LLP


          By:  *s/ Steven D. Zansberg*
               Steven D. Zansberg
          1225 17th Street, Suite 2300
          Denver, CO  80202
          Telephone:  303-292-2400
          Fax:  303-296-3956
          Email:  zansbergs@ballardspahr.com

          ***ATTORNEY FOR DEFENDANTS***

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of June 2019, I served a true and correct copy of the foregoing **DEFENDANTS' NOTICE OF INTENT TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** via the Court's CM/ECF electronic filing system, on the following:

Gerald J. Houlihan
HOULIHAN & PARTNERS, P.A.
1825 Ponce de Leon Blvd., Suite 602
Miami, FL  33134
houlihan@houlihanlaw.com


    *s/ Steven D. Zansberg*